# SALMON ♦ RICCHEZZA ♦ SINGER & TURCHI LLP

ZACHARY BALLARD  
856-842-0727  
zballard@srstlaw.com

www.srstlaw.com

TOWER COMMONS  
123 EGG HARBOR ROAD  
SEWELL, NJ 08080

TELEPHONE: 856-354-8074  
FAX: 856-354-8075

October 15, 2020

The Honorable Zahid Quraishi  
United States District Court of New Jersey  
Clarkson S. Fisher Building & U.S. Courthouse  
402 East State Street Room 2020  
Trenton, NJ 08608

**Re:  Rosa, Valerie v. Assured Partner Transport,** *et al.*  
**U.S.D.C. of New Jersey No. 3:20-cv-08632-MAS-ZNQ**  
**Date of Loss:  1/23/2019**  
**Our File No.:  202278**

Dear Judge Quaraishi:

My office represents Defendant, Mario DeJesus (*improperly identified as Mario Costano*) in the above captioned matter. I am happy to report that the parties in this case have reached an amicable resolution and have consummated the settlement with a fully executed General Release.

Thank you again for your time and consideration in this matter.

Respectfully submitted,

SALMON, RICCHEZZA, SINGER & TURCHI LLP

By: /s/ *Zachary J. Ballard*  
　　Zachary Joseph Ballard, Esquire

ZB/KRB

cc:　Alex DeSevo, Esq. (*via ECF Filing*)